# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DOUGLAS HALBRUCKER,**

        Plaintiff,

    V.        CASE NUMBER: **06-C-796**

**WASTE MANAGEMENT OF WISCONSIN, INC.**
**WASTE MANAGEMENT, INC.,**

        Defendants.

☐   **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that defendant's motion to dismiss for insufficient service of process is granted.**

**Plaintiff's motion for voluntary dismissal under Rule 41(a)(2) is denied.**

**This action is hereby DISMISSED.**

| | |
|---|---|
|     **January 30, 2007** |   JON W. SANFILIPPO |
| Date | Clerk |
| |  s/ Linda M. Zik |
| | (By) Deputy Clerk |